```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


EUGENE BUTLER, AIS #107402,    :

    Plaintiff,                 :

vs.                            :   CIVIL ACTION 12-0558-KD-B

DR. LOPEZ,                     :

    Defendant.                 :
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. 636(b)(1)(B) and dated June 6, 2013, is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 11th day of July 2013.

```
                         s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```